IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHARON L. KERR                                                      PLAINTIFF

    v.                              CIVIL NO. 05-5169

MICHAEL J. ASTRUE[1], Commissioner
Social Security Administration                                 DEFENDANT

**O R D E R**

On this 28th day of March, 2007, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. For reasons set forth in the Report And Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February 7, 2007, the Court finds that the Report And Recommendation should be adopted *in toto* and hereby awards plaintiff attorney's fees in the amount of $2,586.95, representing 18.50 hours of work at a rate of $125.00 and $274.45 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                               /s/ Jimm Larry Hendren
                                                               JIMM LARRY HENDREN
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.